```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS BARAJAS ) <br>    aka Benjamin Diaz, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 01:08-CR-00410 OWW <br><br> MOTION AND ORDER TO DISMISS INDICTMENT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: March 4, 2010                    Respectfully submitted,
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By:   /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

DATED: 3/4/2010            /s/ OLIVER W. WANGER
                           United States District Judge